IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. C-02-1091 MMC |
| Plaintiff | **ORDER CLOSING CASE FOR STATISTICAL PURPOSES ONLY** |
| v. | |
| EDWIN W. LEHMER, | |
| Defendant / | |

    As this matter has been resolved by the parties, with only various administrative steps left to be taken before the matter can be dismissed, there appears to be no reason at this time to maintain the case as an open file for statistical purposes. Accordingly, the above-titled action is hereby CLOSED for statistical purposes only.

    Nothing contained in this order shall be considered a dismissal or disposition of the action, and, should further proceedings become necessary or desirable, any party may initiate them in the same manner as if this order has not been entered.

**IT IS SO ORDERED.**

Dated: August 12, 2005

_____
Maxine M. Chesney
United States District Judge