| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 4 | STEPHEN L. JOHNSON (CSBN 145771)<br>Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7161
FAX: (415) 436-7169
STEPHEN.JOHNSON1@USDOJ.GOV

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. C02-1091 MMC |
| Plaintiff, | ) ) | [proposed] |
| v. | ) ) | **ORDER GRANTING MOTION FOR** |
| RUTH THOMAS, SPECIAL ADMINISTRATOR FOR THE ESTATE OF RUTH E. DUBOIS, et al., | ) ) ) ) | **ORDER APPROVING SALE OF PROPERTY UNDER JUDGMENT**<br><br>~~Date:   January 15, 2010~~<br>Time:  9:00 a.m. |
| Defendants. | ) ) | Courtroom:  7, 19th Floor<br>450 Golden Gate Ave., San Francisco, CA |

The Court, having reviewed the Notice of Motion and Motion for Order Approving Sale of Property Under Judgment, ~~having considered the argument of counsel,~~ no opposition having been filed and good cause appearing, hereby GRANTS the motion and APPROVES the sale.

IT IS SO ORDERED.

Dated: December 31, 2009

_____
MAXINE CHESNEY
UNITED STATES DISTRICT JUDGE

[proposed] ORDER GRANTING MOTION FOR AN ORDER APPROVING
SALE OF REAL PROPERTY UNDER JUDGMENT
C02-1091 MMC                        -1-